IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:02cr4-T |
| **CAREY NEIGHBORS** | ) | (WO) |

### ORDER

Upon consideration of defendant Carey Neighbors's motion for modification of supervised release (Doc. No. 31), it is ORDERED that the motion is denied.

DONE, this the 16th day of August, 2005.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**